UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOZEF GAJEWSKI, WIESLAWA GAJEWSKI, and ROBERT R. GAJEWSKI<br><br>        Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, CODILIS AND ASSOCIATES, P.C., and NATIONSTAR MORTGAGE, LLC,<br><br>        Defendants. | Case No.  14 CV 9230<br><br>Honorable John W. Darrah<br>Judge Presiding |

**NATIONSTAR'S MOTION TO DISMISS,
OR ALTERNATIVELY, TO STAY THE COMPLAINT**

Defendant, Nationstar Mortgage LLC ("Nationstar"), by its attorneys, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) moves to dismiss, or in the alternative, stay the Complaint filed by Plaintiffs, Jozef Gajewski, Wieslawa Gajewski, and Robert Gajewski (collectively, "Plaintiffs"), and in support thereof state as follows:

1. Plaintiffs' Complaint fails to state a valid cause of action, and thus should be dismissed pursuant to Rule 12(b)(6).

2. Also, Robert Gajewski lacks standing to pursue the purported causes of action, and accordingly, his claims must also be dismissed pursuant to Rule 12(b)(1).

3. In the alternative, because as Plaintiffs acknowledges there is a foreclosure action already pending, involving the same parties and issues before the Court here, this Court should stay this matter pursuant to the abstention doctrine of *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976).

4. Nationstar contemporaneously filed its Memorandum in support of this Motion.

5. For all these reasons, including those which are discussed in more detail in Nationstar's Memorandum in Support of this Motion, Plaintiffs' Complaint should be dismissed, or alternatively, stayed.

WHEREFORE, Nationstar respectfully requests that Plaintiffs' Complaint be dismissed, or alternatively, stayed, and that this Court grant such further and additional relief as may be deemed just and appropriate.

Date: January 26, 2015                                         Respectfully submitted,

                                                       **NATIONSTAR MORTGAGE LLC,**

Ralph T. Wutscher
Coleman J. Braun
Daniel B. Nora
MCGINNIS WUTSCHER BEIRAMEE LLP
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602
Tel. (312) 416-6170                                  By:    /s/ Coleman J. Braun
Fax (312) 284-4751                                          One of Their Attorneys

### Certificate of Service

Coleman J. Braun, an attorney, certifies that on **January 26, 2015**, he caused the service of a true and correct copy of this Motion and any referenced exhibits via ECF on all parties who are Filing Users, and also caused the service of a true and correct copy of the foregoing to be served on the following individuals by regular first class mail addressed as set forth below:

Wieslawa Gajewski
6 Hickory Lane
Hawthorn Woods, IL 60047

Jozef Gajewski
6 Hickory Lane
Hawthorn Woods, IL 60047

Robert R. Gajewski
6 Hickory Lane
Hawthorn Woods, IL 60047

                                                       /s/ Coleman J. Braun